UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CARL HESS,<br><br>Plaintiff,<br><br>v.<br><br>INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS' PENSION BENEFIT FUND et al.,<br><br>Defendants. | CASE NO. 2:26-cv-03123-JNW<br><br>ORDER SETTING TRIAL DATE AND RELATED DATES |

## SCHEDULING DEADLINES

Having reviewed the parties' Joint Status Report, indicating that the dispute in this matter is governed by the Employee Retirement Income Security Act of 1974 ("ERISA"), the Court sets the following dates and deadlines:

| EVENT | DATE |
|---|---|
| Deadline for administrative record to be filed with the Court; the administrative record shall be filed under seal | *December 18, 2026* |
| Deadline for any party to bring a motion regarding discovery beyond the prelitigation appeal record, including a motion seeking leave to engage in expert discovery | *December 18, 2026* |

| **EVENT** | **DATE** |
|---|---|
| Deadline for motions challenging expert witness testimony, if any | *February 12, 2027* |
| Plaintiff's deadline to file motion for summary judgment (Fed. R. Civ. P. 56) or motion for judgment on the administrative record (Fed. R. Civ. P. 52), to be noted for April 30, 2027 | *February 12, 2027* |
| Defendants' deadline to file opposition/ cross motion | *March 26, 2027* |
| Plaintiff's deadline to file reply / opposition | *April 16, 2027* |
| Defendants' deadline to file reply | *April 30, 2027* |

As it appears that this case may be resolved through dispositive motions, the Court will not set a trial date at this time.

The Local Civil Rules set all other deadlines. Except as provided for in Judge Whitehead's Chambers Procedures, the dates listed in this order and set by the Local Civil Rules are firm and cannot be changed by agreement between the parties. The Court may alter the dispositive motions deadline and the dates that follow, but only if good cause is shown. Failure to complete discovery within the time allowed does not establish good cause. If any of the dates identified in this Order or the Local Civil Rules fall on a weekend or federal holiday, the act or event must be performed on the next business day.

If the scheduled trial date creates an irreconcilable conflict, counsel must email Grant Cogswell, Courtroom Deputy, at grant_cogswell@wawd.uscourts.gov within 10 days of the date of this Order, explaining the exact nature of the conflict. Failure to do so will be treated as a waiver. Counsel and pro se parties must be

prepared to begin trial on the date scheduled but should understand that trial may have to await the completion of other cases (e.g., criminal cases).

## PROCEDURAL MATTERS

All counsel and pro se parties must be familiar with and follow the District's Local Rules, Electronic Filing Procedures for Civil and Criminal Cases, and General Orders, which can be found on the Court's website at https://www.wawd.uscourts.gov/. All counsel and pro se parties must also follow Judge Whitehead's Chambers Procedures, which are available at https://www.wawd.uscourts.gov/judges/whitehead-procedures.

## SETTLEMENT

If this case settles, the parties must notify Mr. Cogswell as soon as possible at grant_cogswell@wawd.uscourts.gov. An attorney who fails to give prompt notice of settlement may be subject to sanctions or discipline under LCR 11(b).

Dated this 18th day of November, 2026.

Jamal N. Whitehead
United States District Judge